# EXHIBIT D

## DECLARATION OF Jane Doe

Pursuant to 28 U.S.C. § 1746, Jane Doe, herebydeclares:

I am fully competent to make this declaration and I have personal knowledge of the facts stated in this declaration.

This declaration is submitted in support of legal actions to revoke the emergency use authorization for COVID-19 injections and in support of a preliminary injunction to immediately block the emergency use authorization for COVID-19 injections.

I am a computer programmer with subject matter expertise in the healthcare data analytics field, an honor that allows me access to Medicare and Medicaid data maintained by the Centers for Medicare and Medicaid Services (CMS). I earned a B.S. degree in Mathematics and have, over the last 25 years, developed over 100 distinct healthcare fraud detection algorithms, both in the public and private sector. It has been my mission to protect federal tax dollars by preventing and detecting healthcare fraud, a process which leads to both recovery of overpayments and law enforcement leads. A large part of what I do is focused on the quality of care for the beneficiary; for example, I identify providers who prescribe an egregious amount of opioids to patients with a history of overdosing. Instead of titrating the patient off of opioids, they prescribe more, oftentimes leading to patient death. When the COVID-19 vaccine clearly became associated with patient

death and harm, I was naturally inclined to investigate the matter.

It is my professional estimate that VAERS (the Vaccine Adverse Event Reporting System) database, while extremely useful, is under-reported by a conservative factor of at least 5. On July 9, 2021, there were 9,048 deaths reported in VAERS. I verified these numbers by collating all of the data from VAERS myself, not relying on a third party to report them. In tandem, I queried data from CMS medical claims with regard to vaccines and patient deaths, and have assessed that the deaths occurring within 3 days of vaccination are higher than those reported in VAERS by a factor of at least 5. This would indicate the true number of vaccine-related deaths was at least 45,000. Put in perspective, the swine flu vaccine was taken off the market which only resulted in 53 deaths.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 13, 2021.

/s Jane Doe
_____
Jane Doe