UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

KATIE KIRN, et. al.,

        Plaintiffs,

v.

HENRY FORD HEALTH SYSTEM,

et. al.

        Defendants.

Case No:  2:21-cv-12078-TGB-KGA

Hon.  Terrence G. Berg

---

| | |
|---|---|
| VONALLMEN & ASSOCIATES, PLLC<br>Kyle J. VonAllmen (P52776)<br>P.O. Box 1080<br>Clarkston, MI  48347<br>kvonallmen@vonallmenlaw.com<br>(248) 930-8456<br>Attorney for Plaintiffs<br><br>Thomas Renz (Ohio Bar 98645)<br>1907 W. State St., Suite 162<br>Fremont, OH  43420<br>(419) 351-4248<br>renzlawllc@gmail.com<br>Co-Counsel for Plaintiffs | JACKSON LEWIS P.C.<br>Maurice G. Jenkins (P33083)<br>Allan S. Rubin (P44420)<br>Katherine J. Van Dyke (P62806)<br>2000 Town Center, Suite 1650<br>(248) 936-1900<br>Maurice.jenkins@jacksonlewis.com<br>Allan.rubin@jacksonlewis.com<br>Katherine.vandyke@jacksonlewis.com<br>Attorneys for Defendants |

---

**VOLUNTARY DISMISSAL BY PLAINTIFFS**

    NOW COME Plaintiffs, by and through counsel and do hereby give notice to all parties

and this Honorable Court that the above captioned matter is hereby dismissed pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have filed neither an answer to Plaintiffs Complaint, nor have Defendants filed a Motion for Summary Judgment.

Respectfully Submitted,
VONALLMEN & ASSOCIATES, PLLC

Dated:  September 10, 2021

_____/s/_____
Kyle J. VonAllmen (P52776)
Attorney for Plaintiffs
P.O. Box 1080
Clarkston, MI  48347
(248) 930-8456
kvonallmen@vonallmenlaw.com